401 A.2d 364

**PROVIDENT NATIONAL BANK, Appellee**

v.

**Eli RAITPORT, Appellant.**

Supreme Court of Pennsylvania.

Argued April 16, 1979.

Decided May 21, 1979.

Eli Raitport, Philadelphia, in pro per.

James W. Tracey, III, Wollman, Tracey & Schlesinger, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.